```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANIRUDH ANIRUDH              :        CIVIL ACTION
                             :
     v.                      :
                             :
BRIAN MCSHANE, et al.        :        NO. 25-6458
```

ORDER

AND NOW, this 9th day of December 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the Petition for Writ of Habeas Corpus by Anirudh Anirudh is GRANTED;

(2) Anirudh Anirudh is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

(3) The Government shall RELEASE Anirudh Anirudh from custody immediately and shall certify compliance with this Order by filing said certification on the docket no later than 12:00 P.M. EST on December 10, 2025;

(4) The Government is temporarily enjoined from re-detaining Anirudh Anirudh for seven days following his release from custody;

(5) If the Government chooses to pursue re-detention of Anirudh Anirudh after that seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at

which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

(6) Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Anirudh Anirudh from the Eastern District of Pennsylvania before the ordered bond hearing.  If the immigration judge determines that Anirudh Anirudh is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from the undersigned to move Anirudh Anirudh if unforeseen or emergency circumstances arise that require him to be removed from the District.  Any such request must include an explanation for the request as well as a proposed destination.  The Court will then determine whether to grant the request and to permit his transfer.

(7) The clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/   Harvey Bartle III
                                              J.